28                     July 24, 2024                     No. 515

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WILLIAM JAMES LUNDY,
*Defendant-Appellant.*

Lincoln County Circuit Court
22CR54566, 23CR00675; A181392 (Control), A181393

Sheryl Bachart, Judge.

Submitted June 14, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Emma McDermott, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

EGAN, J.

Affirmed.

**EGAN, J.**

In this consolidated appeal, defendant challenges judgments of conviction in Case No. 22CR54566 and Case No. 23CR00675. Defendant pleaded guilty to felony strangulation constituting domestic violence, ORS 163.187(4), assault in the fourth degree constituting domestic violence, ORS 163.160(2), and witness tampering, ORS 162.285. The trial court sentenced defendant to 38 months in prison on the strangulation conviction and a concurrent sentence of 25 months in prison for witness tampering. Defendant's appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).